

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JUL 0 6 2007

J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE          MDL  NO. 1371 and
LITIGATION                                 consolidated MDLs

                                                 5:04cv55

        ELDORA BURKES                      CIVIL ACTION 04-2262

            v.

    LIFE INSURANCE COMPANY OF GEORGIA      SECTION "F"


                        ORDER

    All proceedings that can be conducted for Civil Action Number
04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil
Action Number 04-2262 be returned to the transferor court for any
further proceedings.




            New Orleans, Louisiana, June 27, 2007.


                    _____
                    MARTIN L. C. FELDMAN
                    UNITED STATES DISTRICT JUDGE


CLERK'S OFFICE
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.